**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos STUCKEY, a.k.a. Head,**
**Defendant–Appellant.**

No. 09–11798
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 28, 2009.

Terry Flynn, U.S. Attorney's Office, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Randolph P. Murrell, Chet Kaufman, Federal Public Defender, Tallahassee, FL, Thomas Edward Miller, Federal Public Defender, Gainesville, FL, for Defendant–Appellant.

Before BLACK, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Carlos Stuckey, has filed a motion to withdraw on appeal supported by a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent review of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Stuckey's conviction and sentence is **AFFIRMED.**